# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-4173

_____

| | | |
|---|---|---|
| Clark A. Kruger, Inmate 115235, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| James H. Bruton, Individually, and | * | Appeal from the United States |
| in his official capacity as Deputy | * | District Court for the |
| Commissioner; Dennis L. Benson, | * | District of Minnesota. |
| Individually, and in his official | * | |
| capacity as warden of the state prison | * | |
| at Stillwater; Rudy Kohler, | * | [UNPUBLISHED] |
| Individually, and in his official | * | |
| capacity, as a Cell Hall Lieutenant at | * | |
| the State Prison, at Stillwater, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 6, 1998
Filed: July 10, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Clark A. Kruger, a Minnesota inmate, appeals the district court's[1] judgment in his 42 U.S.C. § 1983 suit.  We have carefully reviewed the record and the parties' briefs, and conclude the district court did not abuse its discretion in denying Kruger's motion to amend, see Wolgin v. Simon, 722 F.2d 389, 394-395 & n.10 (8th Cir. 1983), and its judgment was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.  Kruger's motion to strike is denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.